| | |
|---|---|
| Your Name: | CRobert B. Stowe and Lyudmila V. Stowe |
| Address: | 421 Sandra Way, Santa Rosa, CA 95405 |
| Phone Number: | 707-544-2115 |
| Fax Number: | |
| E-mail Address: | bobstowe@sonic.net |

Pro Se Plaintiff

United States District Court

Northern District of California

| | |
|---|---|
| Robert B. Stowe | Case Number: *[leave blank]* **CV16 436** |
| Lyudmila V. Stowe | |
| Plaintiff(s), | **COMPLAINT** |
| vs. | |
| LSF9 Master Participation Trust | |
| Caliber Home Loans | **DEMAND FOR JURY TRIAL** |
| Trustee Corps | Yes ■   No ☐ |
| US Bank Trust | |
| Defendant(s). | |

1. **Parties in this Complaint**

    a. **Plaintiff(s).** *Write your name, address, and phone number. If there are other plaintiffs, use more pages to include their names, addresses, and phone numbers.*

    Name: Robert B. Stowe            Lyudmila V. Stowe

    Address: 421 Sandra Way         421 Sandra Way

    Santa Rosa, CA 95405         Santa Rosa, CA 95405

    Phone number: 707-544-2115         707-544-2115

COMPLAINT

PAGE 3 OF 8 [JDC TEMPLATE]

rev: 6/2013

b. **Defendant(s).** *Write the full name and address of every defendant. If the defendant is a corporation, write the state where it is incorporated and the state where it has its main place of business. Use more pages if you need to.*

**Defendant 1:**
Name: LSF9 Master Participation Trust
Address: 7511 Jerez CT, #B
Carlsbad, CA 92009

**Defendant 2:**
Name: Caliber Home Loans
Address: 13801 Wireless Way
Oklahoma City, OK 73134

**Defendant 3:**
Name: Trustee Corps
Address: 17100 Giliette Avenue
Irvine, CA 92614

**Defendant 4:**
Name: US Bank Trust NA
Address: 16745 W. Bernardo Dr., #300
San Diego, CA 92127

2. **Jurisdiction**

*Usually, only two types of cases can be filed in federal court: cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*

☑ My case belongs in federal court under <u>federal question jurisdiction</u> because it is about federal law(s) or right(s).

Which law(s) or right(s) are involved? §1331 title 28 chapter85, amended December 1, 1980
(I think?)

☐ My case belongs in federal court under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>AND</u> the amount of damages is more than $75,000.

COMPLAINT
PAGE 4 OF 8   [JDC TEMPLATE]

rev: 6/2013

### 3. Venue

*This Court can hear cases arising out of Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, and Sonoma counties. This is the right court to file your lawsuit if 1) All defendants live in California AND at least one of the defendants lives in this district; OR 2) A substantial part of the events you are suing about happened in this district; OR 3) A substantial part of the property that you are suing about is located in this district; OR 4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because the Plaintiffs live in Sonoma County, CA.

### 4. Intradistrict Assignment

*There are three divisions of this Court: San Francisco/Oakland, San Jose, and Eureka. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge. Explain which division your case should be assigned.*

This lawsuit should be assigned to [*Select one: San Francisco/Oakland, San Jose, OR Eureka*] Division of this Court because plaintiffs live in Sonoma County.

### 5. Statement of Facts and Claims

*Write a short and simple description of the <u>facts</u> of your case. Include WHERE and WHEN the events happened, WHO was involved, WHAT role each defendant played, and HOW you were harmed. If you know which laws or rights the defendant violated, you can include them, but you do not need to make legal arguments. Put each fact or claim into a separate, numbered*

COMPLAINT

PAGE 5 OF 8  [JDC TEMPLATE]

rev: 6/2013

*paragraph, starting with 5a, 5b, and so on. Attach additional sheets of paper as necessary. You may attach documents that support your claims to the end of this Complaint as exhibits. Explain what each exhibit is, when and how you got it, and how it supports your claims. Attaching a document to your Complaint does not necessarily mean that it will be accepted as evidence.*

On February 26, 2015 JP Morgan Chase Bank sold a 1st Mortgage Loan, that was in my wife's name, to LSF9 Master Participation Trust and the loan servicing to Caliber Home Loans. Caliber Home Loans put the loan into foreclosure.

Our home was scheduled for auction July 2, 2015. She submitted a Loss Mitigation package to Caliber Home Loans, during their business hours on July 1, 2015 by email and fax. They received the package and submitted it for review. The auction was called off on July 2, 2015 but Caliber Home Loans set a new auction date for September 24, 2015. This was definite "double tracking".

On September 11, my wife received another Loss Mitigation package. I was very ill and my (being Russian and with very poor English skills) needed my help. I finally got the package faxed and emailed to Calibor Home Loans, during their business hours on September 23, 2015 (as on July 1, 2015).

Our house was Sold at auction on September 24, 2015. We couldn't believe it! Three days later my wife received a letter from Caliber Home Loans stating that the Loss Mitigation package had to be received by them 15 days prior to the auction date. Note: She didn't receive the package on September 11, 2015 which was already inside of 15 days. It was the same package that I emailed and faxed to them on July 1, 2015 which they accepted. I read every sentence in the package and there was no mention of having to receive the package 15 days prior to auction date.

We contend that the auction was "wrongful" and should not have occured.

COMPLAINT

PAGE 6 OF 8   [JDC TEMPLATE]

1 | We have documentation supported every thing written in this complaint. I can submit them
2 | to the court as "exhibits" in three days.

COMPLAINT

PAGE 7 OF 8 [JDC TEMPLATE]

rev: 6/2013

### 6. Demand for Relief

*State what you want the Court to do for you. For example, depending on which claims you raise, it may be appropriate to ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount.*

We are asking for monetary compensation in the amount of $15,000.00 because of monies spent on defending ourselves in a Unlawful Detainer action in Superior Court of Sonoma County.

And we are asking the Court to invalidate the auction on September 24, 2015 and place my wife back to the position she was in before September 23, 2015.

As of today January 25, 2015 we are scheduled for a Unlawful Detainer trial very soon and we definitly feel that we should not be in this position because of the Unlawful auction on September 24, 2015.

### 7. Demand for Jury Trial

*Check this box if you want your case to be decided by a jury, instead of a judge.*

☑   Plaintiff demands a jury trial on all issues.

*All plaintiffs must sign, date, and print their names at the end of the Complaint. Attach another page if you need to.*

Respectfully submitted,

Date: 01/25/2016        Sign Name: _____   _____
                        Print Name: Robert Stone       Lyudmila Stone

COMPLAINT
PAGE 8 OF 8   [JDC TEMPLATE]

rev: 6/2013

JS 44 (Rev. 12/12) cand rev (1/15/13) **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Robert B. Stowe and Lyudmila V. Stowe (pro se)

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

### DEFENDANTS
LSF9 Master Participation Trust
Caliber Home Loans, Trustee Corps
US Bank Trust

County of Residence of First Listed Defendant **San Diego**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| [X] 190 Other Contract | [X] 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| [X] 210 Land Condemnation | [X] 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| [X] 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [X] 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | [X] 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
§1331, title28, chapter 85 amended December 1, 1980

Brief description of cause:
for relief and unlawful actions

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE 01/25/2016
SIGNATURE OF ATTORNEY OF RECORD (pro se) [signatures]

## IX. DIVISIONAL ASSIGNMENT (Civil L.R. 3-2)
*(Place an "X" in One Box Only)*
[X] SAN FRANCISCO/OAKLAND  ☐ SAN JOSE  ☐ EUREKA