UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT B. STOWE, et al.,

    Plaintiffs,

    v.

LSF9 MASTER PARTICIPATION TRUST, et al.,

    Defendants.

Case No. 16-cv-0436-PJH

**JUDGMENT**

The court having dismissed this action under Fed. R. Civ. P. 41(b),

it is Ordered and Adjudged

that the complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 16, 2016

_____

PHYLLIS J. HAMILTON
United States District Judge